# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**SAUNDRA V. WHITE**
        Plaintiff
  vs.                               **CASE NUMBER: 5:11-CV-1098 (GTS/ATB)**

**CITY OF SYRACUSE, Acting as Municipality; COUNTY OF ONONDAGA, Acting as Municipality; and CENTRO TRANSPORTATION SERVICE**
        Defendant(s)

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Andrew T. Baxter is ACCEPTED AND ADOPTED in its entirety. Plaintiff's Complaint is hereby DISMISSED with prejudice pursuant to 28 USC section 1915(e)(2)(B)(ii). The Court certifies, for the purposes of 28 USC section 1915(a)(3), that any appeal of the Decision & Order would not be taken in good faith. Judgment is entered in favor of the defendants and this action is closed.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 27th day of January, 2012.

DATED: January 30, 2012

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk